# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| RONALD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:13cv916-WHA |
| | ) |
| LIBERTY LIFE ASSURANCE COMPANY | )        (wo) |
| OF BOSTON, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, Judgment is entered in favor of Liberty Life Assurance Company of Boston and against the Plaintiff, Ronald Johnson.

Costs are taxed against the Plaintiff.

Done this 20th day of January, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE